IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF DELAWARE *ex rel.* RONALD SHERMAN,<br>            Plaintiffs,<br><br>            v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA CARE HEALTH SYSTEM, CHRISTIANA HOSPITAL, and WILMINGTON HOSPITAL,<br>            Defendants | :<br>:<br>:<br>:<br>:<br>: C.A. No. 1:17-cv-00419-RGA<br>:<br>:<br>:<br>:<br>:<br>: |

## **DEFENDANTS' RULE 7.1.1 STATEMENT**

Counsel for Defendants Christiana Care Health Services, Inc., Christiana Care Health System, Christiana Hospital, and Wilmington Hospital aver that a reasonable effort has been made to communicate with Relator's counsel regarding the Motion to Seal. After speaking with Relator's counsel, Relator's counsel does not agree to the relief requested by Defendants' in their Motion to Seal. In an effort avoid the need to litigate this Motion to Seal, the parties have agreed to continue to use reasonable efforts to resolve this issue. In the meantime, Relator's counsel agrees that the materials filed under seal should remain under seal until this issue is resolved by either a negotiated resolution or a ruling by this Court.

                                                            **POST & SCHELL, P.C.**

                                                            */s/ Paul A. Logan*
                                                            Paul A. Logan (DE Id. # 3339)
                                                           222 Delaware Avenue, Suite 1500
                                                           Wilmington, DE  19801
                                                          Telephone: (215) 587-1000
                                                          plogan@postschell.com

                                                            John N. Joseph (*pro hac vice*)
                                                            Carolyn H. Kendall (*pro hac vice*)
                                                            Four Penn Center
                                                            1600 John F. Kennedy Blvd, 14th Floor
                                                            Philadelphia, PA  19103
                                                            jjoseph@postschell.com
                                                            ckendall@postschell.com

*Attorneys for Defendants Christiana Care Health Services, Inc., Christiana Care Health System, Christiana Hospital, and Wilmington Hospital*

Dated: January 4, 2019