# Exhibit 3

## Redacted Version

Filed January 9, 2019

Question 14 – Compliance Disclosure Log

| DATE | DISCLOSURE SUMMARY |
|------|--------------------|



REDACTED

REDACTED

# Exhibit 4

Redacted Version

Filed January 9, 2019

Compliance Disclosure Log



Compliance Disclosure Log



# Exhibit 5

## Redacted Version

Filed January 9, 2019

Compliance Disclosure Log

REDACTED

Compliance Disclosure Log

REDACTED

Compliance Disclosure Log



Compliance Disclosure Log

**REDACTED**

# Exhibit 6

## Redacted Version

Filed January 9, 2019

Question 14 – Compliance Disclosure Log

| DATE | DISCLOSURE SUMMARY |
|------|--------------------|
|      |                    |

REDACTED

REDACTED

REDACTED

