# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF DELAWARE *ex rel.* Ronald Sherman,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA HOSPITAL, and WILMINGTON HOSPITAL,<br><br>Defendants. | **C.A. NO. 1:17-cv-00419-RGA** |

## PLAINTIFF RONALD SHERMAN'S RESPONSE TO DEFENDANTS' MOTION TO FILE UNDER SEAL

On January 3, 2019, defendants Christiana Care Health Services, Inc., Christiana Care Health System, Christiana Hospital, and Wilmington Hospital (collectively "Defendants") filed a motion to dismiss. ECF No. 14. On the same day, Defendants filed a motion seeking to seal portions of their brief in support of their motion to dismiss. ECF No. 13. Also that same day, the Court ordered Plaintiff-Relator ("Relator") to respond to the motion to seal by January 17, 2019. This is Relator's response to the motion to seal.

Relator takes no position on Defendants' motion to seal.

Dated: January 17, 2019

                                                **BERGER MONTAGUE PC**

                                                /s/ *Daniel R. Miller*
                                                Daniel R. Miller (DE Bar #3169)
                                                1818 Market Street, Suite 3600
                                                Philadelphia, PA 19103
                                                (215) 875-3000
                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon all counsel of record through the Court's ECF system on January 17, 2019.

                                              /s/ *Daniel R. Miller*
                                              Daniel R. Miller