IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF DELAWARE *ex rel.* RONALD SHERMAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA CARE HEALTH SYSTEM, CHRISTIANA HOSPITAL, and WILMINGTON HOSPITAL,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 1:17-cv-00419-RGA<br>:<br>:<br>:<br>:<br>:<br>: |

## ~~PROPOSED~~ ORDER

At Wilmington this **18** day of **Jan.**, 2019, the Court having considered Defendants' Motion to File Under Seal, and the papers and other matters of record in support of and opposition to that Motion,

IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants' Brief in Support of Their Motion to Dismiss for Lack of Subject Matter Jurisdiction and accompanying Exhibits 3-6 SHALL BE FILED UNDER SEAL.[1]

           */s/ Richard G. Andrews*
           U.S.D.J. Richard G. Andrews

---

[1] I gather that portions of the logs are irrelevant to the issues in this case. I have no trouble sealing those. The portions that are relevant may end up being disclosed, either in an opinion or order, as necessary to explain any decision.