# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF DELAWARE *ex rel.* RONALD SHERMAN,<br>            Plaintiffs,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA CARE HEALTH SYSTEM, CHRISTIANA HOSPITAL, and WILMINGTON HOSPITAL,<br>            Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 1:17-cv-00419-RGA<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

Please withdraw the appearance of Assistant United States Attorney, Jennifer L. Hall, and substitute the appearance of Assistant United States Attorney, Laura D. Hatcher, as counsel of record for the United States in the above-captioned case.

    Respectfully submitted,

    DAVID C. WEISS
    United States Attorney

BY: */s/ Laura D. Hatcher*
    Laura D. Hatcher (DE Bar No. 5098)
    Assistant United States Attorney
    1313 N. Market Street
    P.O. Box 2046
    Wilmington, Delaware 19899-2046
    Telephone 302-573-6277
    laura.hatcher@usdoj.gov

Dated: May 16, 2019