**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF DELAWARE *ex rel.* Ronald Sherman,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA HOSPITAL, and WILMINGTON HOSPITAL,<br><br>Defendants. | C.A. No. 1:17-cv-00419-RGA<br><br>**JURY TRIAL DEMANDED** |

**MOTION OF RELATOR TO FILE UNDER SEAL**

Relator Ronald Sherman ("Relator") hereby moves this Honorable Court for an Order pursuant to Local Rule 5.1.3 sealing portions of Relator's Opposition to Defendants' Motion to Dismiss (D.I. 14) and certain of its Exhibits, as these documents quote from documents that are already under seal in this case and/or quote from documents that Defendants have marked as "confidential" because they contend that the documents either contain protected health information or are otherwise entitled to protection under Rule 26(c)(1)(G) of the Federal Rules of Civil Procedure as confidential commercial information. Defendants consent to this Motion. In support of this Motion, Relator states as follows:

1. On April 12, 2017, Relator Ronald Sherman ("Relator") filed this action pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729 *et seq.* ("FCA") and the Delaware False Claims and Reporting Act, 6 Del. Code § 1201 *et seq.* ("DE FCA"). D.I. 1. Relator's Complaint alleges that Defendants violated the FCA and DE FCA by engaging in various schemes in violation of the Stark Law and Anti-kickback Statute ("AKS")

1

related to Defendants' alleged provision of the services of CCHS-employed hospitalists and mid-level providers to non-employed physicians on CCHS's medical staff.

2. Defendants have moved to dismiss Relator's Complaint for lack of subject matter jurisdiction. (D.I. 14). Notably, Defendants' brief was filed under seal pursuant to a Motion to Seal that Defendants filed in conjunction with their Motion to Dismiss. (D.I. 13).

3. On March 26, 2019, the Court granted Relator's request for leave to conduct jurisdictional discovery in order to respond to Defendants' Motion to Dismiss (D.I. 32).

4. Following that order, Relator and Defendants reached an agreement regarding the confidentiality of the documents that Defendants would produce to Relator. That agreement requires any party that wishes to file a document that has been marked "Confidential" or that quotes from such a document to move the Court to file that document under seal.

5. As Relator's Opposition to Defendants' Motion to Dismiss quotes from sections of Defendants' brief in support of that motion that are under seal, as well as documents which Defendants produced and marked "Confidential," Relator requests that this Court grant Relator's request to file his Opposition Brief, and the exhibits thereto which Defendants have marked "Confidential" per the terms of the parties' agreement, under seal.

6. Defendants have consented to Relator's request.

WHEREFORE, Relator request that this Court enter the proposed order sealing those portions of Relator's Opposition to Defendants' Motion to Dismiss that quote from documents that

are already under seal or documents which Defendants have marked "Confidential," as well as copies of documents attached thereto as exhibits which Defendants have marked "Confidential."

        **BERGER MONTAGUE**

By: */s/ Daniel R. Miller*
Daniel R. Miller (DE Id. # 3169)
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
dmiller@bm.net

*Attorney for Relator*

Dated: October 3, 2019