UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF DELAWARE *ex rel.* Ronald Sherman,<br><br>                Plaintiffs,<br><br>         v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA HOSPITAL, and WILMINGTON HOSPITAL,<br><br>                Defendants. | C.A. No. 1:17-cv-00419-RGA<br><br>**JURY TRIAL DEMANDED** |

## RELATOR'S RULE 7.1.1 STATEMENT

Counsel for Relator Ronald Sherman aver that a reasonable effort has been made to communicate with Defendants' counsel regarding the Motion to Seal and Relator's intention to seek an order from the Court sealing the portions of his brief that quote from documents under seal and documents which Defendants have marked "Confidential" per the terms of the parties' confidentiality agreement. Defendants' counsel have consented to the relief Relator is seeking in this Motion.

                                                              **BERGER MONTAGUE**

                                                              By: */s/ Daniel R. Miller*
                                                                   Daniel R. Miller (DE Id. # 3169)
                                                                   1818 Market Street, Suite 3600
                                                                   Philadelphia, PA 19103
                                                                   Telephone: (215) 875-3000
                                                                   dmiller@bm.net


                                                              *Attorney for Relator*

Dated: October 3, 2019

1