# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF DELAWARE *ex rel.* Ronald Sherman,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA HOSPITAL, and WILMINGTON HOSPITAL,<br><br>Defendants. | C.A. No. 1:17-cv-00419-RGA<br><br>**JURY TRIAL DEMANDED** |

## **PROPOSED ORDER**

At Wilmington this _____ day of _____, 2019, the Court having considered Relator's Motion to File Under Seal, and the papers and other matters of record in support of and opposition to that Motion,

IT IS HEREBY ORDERED that the Motion is GRANTED. Relator's Opposition to Defendants' Motion To Dismiss Relator's Complaint For Lack Of Subject Matter Jurisdiction and accompanying Exhibits A, C, D, E, F, G, H, I, J, and K SHALL BE FILED UNDER SEAL.

_____
U.S.D.J. Richard G. Andrews

1