**USA TODAY NETWORK**

Karl Baker
Reporter
950 West Basin Road
New Castle, DE 19720



U.S. District Judge Richard G. Andrews
United States District Court for the District of Delaware
844 N King St, Wilmington, DE 19801

Dear Judge Andrews;

I'm writing in my capacity as a reporter for the Delaware News Journal where I cover the ongoing qui tam lawsuit, USA et al v. Christiana Care Health Services, Inc. et al.

I request that the court not seal the entirety of the plaintiff's answering brief filed Oct. 3 in opposition to the Defendant's Motion to Dismiss Relator's Complaint For Lack of Subject Matter Jurisdiction.

In the motion to file under seal, the plaintiff argues for confidentiality because the answering brief quotes from "documents that are already under seal in this case and/or quote from documents that Defendants have marked as 'confidential.'"

Presumably only sections of the brief contain such sensitive quotes and information. Yet, the plaintiff – through his proposed order – asks the court to seal the entire document.

Given the importance of this case to the public, I believe the court could satisfy confidentiality interests along with those of transparency by unsealing the defendant's answering brief with necessary in-line redactions.

The suit alleges misappropriation of taxpayer dollars by an institution that is critically important and influential in Delaware. Though Christiana Care is a private entity, it is one that uses state authority to borrow money and works frequently with government officials on public policy and other issues that matter to the entire state.

Furthermore, Delaware government has reported that Christiana Care accounts for 81% of New Castle County's maternity and neonatal intensive care – the exact services at issue in this case.

For those reasons, the public should have access to as many details about the case as is reasonable under the law. If you have questions for me, please call 302-324-2329 or email to kbaker@delawareonline.com.

Sincerely,

Karl Baker