UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF DELAWARE *ex rel.* Ronald Sherman,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA HOSPITAL, and WILMINGTON HOSPITAL,<br><br>Defendants. | C.A. No. 1:17-cv-00419-RGA<br><br>**JURY TRIAL DEMANDED** |

~~PROPOSED~~ ORDER

At Wilmington this _7_ day of _October_, 2019, the Court having considered Relator's Motion to File Under Seal, and the papers and other matters of record in support of and opposition to that Motion,

**DENIED.**

IT IS HEREBY ORDERED that the Motion is ~~GRANTED. Relator's Opposition to Defendants' Motion To Dismiss Relator's Complaint For Lack Of Subject Matter Jurisdiction and accompanying Exhibits A, C, D, E, F, G, H, I, J, and K SHALL BE FILED UNDER SEAL.~~

/s/ Richard G. Andrews
U.S.D.J. Richard G. Andrews

---

1/ The motion to seal is denied because it is way too broad. It does not provide a sufficient basis to seal (or to redact) documents by simply stating that the documents are marked "confidential" or that documents so marked would be requested to be sealed. It may be that there is individually identifiable protected health information, but the motion is not so limited.

1