IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No. 17-419-RGA |
| | : | |
| CHRISTIANA CARE HEALTH SERVICES, INC., | : | |
| | : | |
| Defendants. | : | |

## ORDER

For the reasons stated in open court, this __6__ day of March 2020,

IT IS HEREBY ORDERED that Defendants' motion to dismiss (D.I. 16) is DENIED.

_____
United States District Judge