# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES,** *ex rel.* **Ronald Sherman,** | : | |
| | : | |
| **Plaintiff-Relators,** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 17-CV-00419-RGA |
| | : | |
| **CHRISTIANA CARE HEALTH SERVICES, INC.,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## NOTICE OF SERVICE

Pursuant to Local Civil Rule 5.4(b), Defendants Christiana Care Health Services, Inc., Christiana Care Health System, Christiana Hospital, and Wilmington Hospital provide notice that on March 17, 2021, they served via electronic mail Defendants' First Set of Interrogatories on Relator Ronald Sherman, through his designated Counsel.

Dated: March 17, 2021

            **POST & SCHELL, P.C.**

            BY: /s/ *Paul A. Logan*
               PAUL A. LOGAN, ESQUIRE
               DE ID. #3339
               300 Delaware Avenue, Suite 1380
               Wilmington, DE  19801
               Telephone:
               plogan@postschell.com

               John N. Joseph *(pro hac vice)*
               Carolyn H. Kendall *(pro hac vice)*
               1600 John F. Kennedy Blvd., 14th Floor
               Philadelphia, PA  19103
               jjoseph@postschell.com
               ckendall@postschell.com

*Attorneys for Defendants Christiana Care Health Services, Inc., Christiana Care Health System, Christiana Hospital, and Wilmington Hospital*