# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES *et al. ex rel.* Ronald Sherman<br><br>Plaintiffs-Relators,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., *et al.*<br><br>Defendants. | Civil Action No. 17-419-RGA |

## NOTICE OF SERVICE

Pursuant to Local Civil Rule 5.4(b), Relator Ronald Sherman provides notice that he served *Relator's Responses to Defendants' First Interrogatories* on Defendants Christiana Care Health Services, Inc., Christian Care Health System, Christiana Hospital, and Wilmington Hospital by electronic service to counsel on May 17, 2021.

Dated: May 17, 2021

**WALDEN, MACHT, & HARAN LLP**

*/s/ Daniel R. Miller*

Daniel R. Miller (DE Id. #3169)
1500 Market Street
12th Floor, East Tower
Philadelphia, PA 19102
Telephone: (212) 335-2030
dmiller@wmhlaw.net

*Attorney for Relator*