IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES *et al. ex rel.* Ronald Sherman<br><br>Plaintiffs-Relators,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., *et al*.<br><br>Defendants. | Civil Action No. 17-419-RGA |

## NOTICE OF SERVICE

Pursuant to Local Civil Rule 5.4(b), Relator Ronald Sherman provides notice that he served On Defendants Christiana Care Health Services, Inc., Christian Care Health System, Christiana Hospital, and Wilmington Hospital by electronic service to counsel on October 24, 2022 the following documents:

- Expert Report of Ian Dew and supporting materials
- Expert Report of Kathy McNamara and supporting materials
- Expert Report of Virginia Evans and supporting materials
- Expert Report of Carolyn Buppert and supporting materials

Dated: October 24, 2022　　　　　　　　　　**WALDEN, MACHT, & HARAN LLP**

　　　　　　　　　　　　　　　　　　　　*/s/ Daniel R. Miller*

　　　　　　　　　　　　　　　　　　　　Daniel R. Miller (DE Id. #3169)
　　　　　　　　　　　　　　　　　　　　2000 Market Street, Ste. 1430
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19102
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 335-2030
　　　　　　　　　　　　　　　　　　　　dmiller@wmhlaw.net

　　　　　　　　　　　　　　　　　　　　*Attorney for Relator*