# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES *et al. ex rel.* Ronald Sherman,<br><br>Plaintiffs-Relators,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., *et al.*,<br><br>Defendants. | C.A. No. 17-cv-00419-RGA |

## NOTICE OF SERVICE

Pursuant to Local Civil Rule 5.4(b), the undersigned counsel hereby certifies that on November 23, 2022, he caused true and correct copies of:

    i.    Expert Report of Timothy Blanchard;

    ii.    Expert Report of Lyn Chew;

    iii.    Expert Report of Scott Duncan;

    iv.    Expert Report of Cher Fieri; and

    v.    Expert Report of Kevin O'Brien

to be served upon counsel of record via electronic mail, with the consent of counsel to be served in this manner.

Dated: November 23, 2022

**OF COUNSEL:**

Courtney Saleski
Jean Gabat
DLA PIPER LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103
215.656.3300
courtney.saleski@dlapiper.com
jean.gabat@dlapiper.com

Michelle Morgan
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
302.468.5680
michelle.morgan@dlapiper.com

**DLA PIPER LLP (US)**

*/s/ Matthew P. Denn*
Matthew P. Denn (Bar No. 2985)
1201 North Market Street, Suite 2100
Wilmington, DE 19801
302.468.5700
matthew.denn@dlapiper.com

*Attorneys for Defendants*