**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES *et al. ex rel.* Ronald Sherman,<br><br>　　　　　Plaintiffs-Relators,<br><br>　　v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., *et al.*,<br><br>　　　　　Defendants. | C.A. No. 17-cv-00419-RGA |

**NOTICE OF DEPOSITION**

　　Pursuant to Federal Rules of Civil Procedure 26 and 30, the defendants will take the oral and videotaped deposition of Virginia B. Evans on December 9, 2022.[1] The deposition will commence at 9:00 a.m. (EST) and continue from day to day until the deposition is completed. The deposition will proceed via web-based video conferencing software, and will be recorded by stenographic, audio, video, and/or real-time transcription means. The deposition will be taken before a notary public or other person authorized to administer oaths. The deposition is to be taken for the purposes of discovery, examination, cross-examination, perpetuation of testimony, and any and all purposes allowed by law. The defendants will provide details regarding how to access the web-based video conferencing software prior to the start of the deposition.

---

[1] Deposition dates have been agreed to by the parties.

| | |
|---|---|
| Dated: December 2, 2022 | **DLA PIPER LLP (US)** |
| **OF COUNSEL:** | */s/ Matthew P. Denn* |
| | Matthew P. Denn (Bar No. 2985) |
| Courtney Saleski | 1201 North Market Street, Suite 2100 |
| Jean Gabat | Wilmington, DE 19801 |
| DLA PIPER LLP (US) | 302.468.5700 |
| 1650 Market Street, Suite 5000 | matthew.denn@dlapiper.com |
| Philadelphia, PA 19103 | |
| 215.656.3300 | |
| courtney.saleski@dlapiper.com | |
| jean.gabat@dlapiper.com | |
| | |
| Michelle Morgan | |
| DLA PIPER LLP (US) | |
| 1201 North Market Street, Suite 2100 | |
| Wilmington, DE 19801 | |
| 302.468.5680 | |
| michelle.morgan@dlapiper.com | *Attorneys for Defendants* |