# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES *et al. ex rel.* Ronald Sherman<br><br>                    Plaintiffs-Relators,<br><br>         v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., *et al.*<br><br>                    Defendants. | Civil Action No. 17-419-RGA |

## NOTICE OF SERVICE

Pursuant to Local Civil Rule 5.4(b), Relator Ronald Sherman provides notice that he served *Relator's Notice of Deposition of Scott Duncan, Marilyn Chew, Kevin O'Brien and Cher Fieri* on Defendants Christiana Care Health Services, Inc., Christiana Care Health System, Christiana Hospital, and Wilmington Hospital by electronic service to counsel on December 5, 2022.

Dated: December 5, 2022

**WALDEN, MACHT, & HARAN LLP**

*/s/ Daniel R. Miller*

Daniel R. Miller (DE Id. #3169)
2000 Market Street Ste. 1430
Philadelphia, PA 19103
Telephone: (267) 516-0780
dmiller@wmhlaw.com

*Attorney for Relator*