IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF DELAWARE *ex rel.* RONALD SHERMAN,<br><br>        *Plaintiffs-Relator*,<br><br>  v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA CARE HEALTH SYSTEM, CHRISTIANA HOSPITAL, and WILMINGTON HOSPITAL,<br><br>        *Defendants*. | Civil Action No.: 1:17-cv-00419RGA<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

**DEFENDANTS' MOTION TO EXCLUDE
RELATOR'S EXPERT VIRGINIA EVANS**

Defendants Christiana Care Health Services, Inc., Christiana Care Health System, Inc., Christiana Hospital, and Wilmington Hospital (collectively, "CCHS"), by and through their undersigned counsel and pursuant to Federal Rules of Evidence 403, 702, and 704 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), respectfully move to exclude the proffered opinions, reports, and testimony of Virginia Evans. Her opinions constitute improper legal opinions and conclusions, are not relevant to the claims and defenses at issue and, therefore, will not assist the jury in understanding the evidence or determining a fact in issue, are not reliable, and will cause undue prejudice.

**WHEREFORE**, CCHS respectfully requests that this Court strike the opinions and report of Virginia Evans and exclude her from testifying in this matter as set forth in the Proposed Order.

Dated: February 13, 2023                              Respectfully submitted,

*/s/ Michelle L. Morgan*
Michelle L. Morgan (Bar No. 3651)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5680
michelle.morgan@dlapiper.com

Courtney G. Saleski (admitted pro hac vice)
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
(215) 656-2431
courtney.saleski@dlapiper.com

*Attorneys for Defendants Christiana Care Health Services, Inc., Christiana Care Health System, Inc., Christiana Hospital, and Wilmington Hospital*