# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF DELAWARE *ex rel.* RONALD SHERMAN,<br><br>*Plaintiffs-Relator*,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA CARE HEALTH SYSTEM, CHRISTIANA HOSPITAL, and WILMINGTON HOSPITAL,<br><br>*Defendants.* | Civil Action No.: 1:17-cv-00419RGA<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE RELATOR'S EXPERT VIRGINIA B. EVANS

Having considered Defendants' Christiana Care Health Services, Inc., Christiana Care Health System, Inc., Christiana Hospital, and Wilmington Hospital's Motion to Exclude Relator's Expert Virginia B. Evans ("Motion");

IT IS HEREBY ORDERED this _____ day of _____, 2023 that the Motion is GRANTED.

                                                                                     _____
                                                                                     The Honorable Richard G. Andrews
                                                                                     United States District Court Judge