# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF DELAWARE *ex rel.* RONALD SHERMAN,<br><br>*Plaintiffs-Relator*,<br><br>v.<br><br>CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA CARE HEALTH SYSTEM, CHRISTIANA HOSPITAL, and WILMINGTON HOSPITAL,<br><br>*Defendants*. | Civil Action No.: 1:17-cv-00419-RGA<br><br>**CONFIDENTIAL – FILED UNDER SEAL** |

## DEFENDANTS' D. DEL. LR 7.1.1 CERTIFICATION

Defendants' Christiana Care Health Services, Inc., Christiana Care Health System, Inc., Christiana Hospital, and Wilmington Hospital hereby certify, pursuant to D. Del. LR 7.1.1, that it made a reasonable effort to reach agreement with Plaintiffs-Relator on the matters set forth in Defendants' Motion to Exclude Relator's Expert Virginia Evans filed contemporaneously herewith. The parties met and conferred on February 8, 2023 on a telephonic conference involving their respective lead counsel, but were unable to reach agreement.

Dated: February 13, 2023

Respectfully submitted,

/s/ *Michelle L. Morgan*
Michelle L. Morgan (Bar No. 3651)
**DLA PIPER LLP (US)**
1201 North Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5680
michelle.morgan@dlapiper.com

Courtney G. Saleski (admitted pro hac vice)
**DLA PIPER LLP (US)**
One Liberty Place
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
(215) 656-2431
courtney.saleski@dlapiper.com

*Attorneys for Defendants Christiana Care Health Services, Inc., Christiana Care Health System, Inc., Christiana Hospital, and Wilmington Hospital*