# CERTIFICATE OF SERVICE

I, Michelle L. Morgan, hereby certify that on this 13th day of February 2023, I caused a true and correct copy of the **[UNDER SEAL] Motion in Support of Defendants' Motion to Exclude Relator's Expert Virginia B. Evans** to be filed with the Clerk of the District Court of Delaware using CM/ECF in order to be served upon all counsel of record and upon the below in the following manner via electronic mail:

> Daniel R. Miller
> **WALDEN, MACHT & HARAN LLP**
> 800 N. King Street, Suite 303
> Wilmington, DE 19801
> Tel: (302) 540-1568
> Email: dmiller@wmhlaw.com
>
> *Attorneys for Relator*

*/s/ Michelle L. Morgan*
Michelle L. Morgan (Bar No. 3651)