**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATE OF DELAWARE *ex rel.* RONALD SHERMAN, | Civil Action No.: 1:17-cv-00419RGA |
| *Plaintiffs-Relator,* | |
| v. | |
| CHRISTIANA CARE HEALTH SERVICES, INC., CHRISTIANA CARE HEALTH SYSTEM, CHRISTIANA HOSPITAL, and WILMINGTON HOSPITAL, | |
| *Defendants.* | |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED PARTIAL MOTION FOR SUMMARY JUDGMENT

Having considered Defendants Christiana Care Health Services, Inc., Christiana Care Health System, Inc., Christiana Hospital, and Wilmington Hospital's Unopposed Partial Motion for Summary Judgment, and any filings and arguments related thereto, this Court finds as a matter of law that Relator has not proven the elements of the federal False Claims Act, 31 U.S.C. s. 3729 et seq., and all of the elements of the Delaware False Claims and Reporting Act, 6 Del. Code s. 1201 et seq. (collectively the "False Claims Acts") with respect to Relator's claims that Defendants caused private physicians to submit false claims to Medicare or Medicaid.

Therefore, IT IS HEREBY ORDERED that the Motion is GRANTED, and judgment is entered on these claims. A final civil judgment order per the False Claims Acts will be entered at a later time.

HONORABLE RICHARD G. ANDREWS
United States District Court Judge